No. —, Original. *Ex parte:* IN THE MATTER OF OLI NIFOU, PETITIONER. Submitted April 10, 1905. Decided May 1, 1905. Motion for leave to file petition for writs of *habeas corpus* and certiorari denied. *Mr. Gilbert F. Little* for petitioner. *The Attorney General* and *The Solicitor General* opposing.

———

No. 435. NICK GURVICH *v.* THE UNITED STATES. On a certificate from the United States Circuit Court of Appeals for the Ninth Circuit. Submitted May 1, 1905. Decided May 1, 1905. *Per Curiam.* On the authority of *Rassmussen v. United States,* 197 U. S. 516, the question is answered that the District Court of the United States for the District of Alaska, division No. 1, erred in compelling the plaintiff in error to go to trial before a jury composed of only six persons. No appearance for Gurvich. *The Attorney General* and *The Solicitor General* for the United States.

———

No. 398. JOHN C. ORRELL ET AL., PLAINTIFFS IN ERROR, *v.* THE BAY MANUFACTURING COMPANY. In error to the Supreme Court of the State of Mississippi. Motion to dismiss submitted May 15, 1905. Decided May 29, 1905. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Schlosser* v. *Hemphill,* 198 U. S. 173. *Mr. E. M. Barber, Mr. Frederic D. McKenney, Mr. Wayne MacVeagh, Mr. J. S. Flannery* and *Mr. William Hitz* for plaintiffs in error. *Mr. E. J. Bowers* for defendant in error.

———

No. 431. IGNACIO ROSALES Y CUELI, PLAINTIFF IN ERROR, *v.* DOLORES MOYA Y RODRIGUEZ, GUARDIAN, ETC., ET AL. In error to the District Court of the United States for the District of Porto Rico. Motion to dismiss submitted April 24, 1905. Decided May 29, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *Royal Insurance Company* v. *Martin,* 192